Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: 415.212.9300
Facsimile: 415.373.9435

Robert Teel (SBN 127081)
lawoffice@rlteel.com
LAW OFFICE OF ROBERT L. TEEL
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone: 866.833.5529
Facsimile: 855.609.6911

[Additional counsel appearing on signature page]
*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MAGANA, SCOTT SWINDELL, and DAVID TOROSYAN, on behalf of themselves, and all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> ADTALEM GLOBAL EDUCATION, INC., formerly known as DEVRY EDUCATION GROUP, INC., a Delaware corporation, DEVRY UNIVERSITY, INC., a Delaware corporation, <br><br> *Defendants.* | Case No.: <br> <u>CLASS ACTION</u> <br><br> **ATTACHMENT ONE (1) TO PLANTIFF'S CLASS ACTION COMPLAINT AND COVER SHEET** |

## **ATTORNEYS FOR PLAINTIFFS:**

Per the civil case cover sheet, the firms representing Plaintiffs Dennis Magana, Scott Swindell, and David Torosyan individually, and on behalf of all other persons similarly situated, are as follows:

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: 415.212.9300
Facsimile: 415.373.9435

Benjamin H. Richman*
brichman@edelson.com
Sydney M. Janzen*
sjanzen@edelson.com
Michael Ovca*
movca@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Telephone: 312.589.6370
Facsimile: 312.589.6378
*Pro hac vice admission to be sought

Robert L. Teel
LAW OFFICE OF ROBERT L. TEEL
lawoffice@rlteel.com
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone: 866.833.5529
Facsimile: 855.609.609

- 2 -

*Magana v. Adtalem Global Education, Inc., et al.*
ATTACHMENT ONE

| | |
|---|---|
| Dated: August 13, 2019 | Respectfully Submitted, |
| | /s/ Rafey S. Balabanian |
| | |
| | Rafey S. Balabanian |
| | rbalabanian@edelson.com |
| | EDELSON PC |
| | 123 Townsend Street, Suite 100 |
| | San Francisco, California 94107 |
| | Telephone: 415.212.9300 |
| | Facsimile: 415.373.9435 |
| | |
| | Benjamin H. Richman* |
| | brichman@edelson.com |
| | Sydney M. Janzen* |
| | sjanzen@edelson.com |
| | Michael Ovca* |
| | movca@edelson.com |
| | EDELSON PC |
| | 350 North LaSalle Street, 14th Floor |
| | Chicago, Illinois 60654 |
| | Telephone: 312.589.6370 |
| | Facsimile: 312.589.6378 |
| | |
| | Robert L. Teel |
| | LAW OFFICE OF ROBERT L. TEEL |
| | lawoffice@rlteel.com |
| | 1425 Broadway, Mail Code: 20-6690 |
| | Seattle, Washington 98122 |
| | Telephone: 866.833.5529 |
| | Facsimile: 855.609.6911 |
| | |
| | *Admission *pro hac vice* to be sought |
| | |
| | *Attorneys for Plaintiffs and the Proposed Classes* |