# Exhibit A

DocuSign Envelope ID: BAA66361-23B3-4802-8F06-E5BB11D0C9A4

**Enrollment Agreement (Effective: July 2014 – July 2015 sessions)**     **DeVry University** 

| Home Office | Online Administration |
|---|---|
| 3005 Highland Parkway | 1200 E. Diehl Rd. |
| Downers Grove, IL 60515 | Naperville, IL 60563 |
| (630) 571-7700 | (800) 231-0497 |

**Location Attending:**

CA Sherman Oaks

15301 Ventura Blvd., Building D-100, Sherman Oaks, CA, 01403

818.713.8111

http://www.devry.edu/locations/campuses/loc_shermanoakscampus.jsp

**Purpose**
The intent of this Agreement is to make clear the educational services to which you are entitled as a student of DeVry. This Agreement also assures your eligibility to participate in the range of student benefits that are offered as part of your degree or certificate program. Academic requirements and your financial obligations under this Agreement are also covered in the following paragraphs.

**Application Fee**
An application fee of $40 ($30 for applicants at FL, GA, and TN locations) is required.

**Tuition (Effective for July 2014 – July 2015 sessions)**
Within each session, matriculating students in all programs except Medical Billing and Coding are charged $609 per credit hour for hours 1-7 and $365 per credit hour for hours 8 and above. Tuition charges are calculated each session per credit hours enrolled. Tuition is billed according to enrollment for the entire session. Students in the Medical Billing and Coding program are charged $450 per credit hour for all hours enrolled. <u>ARRANGEMENTS FOR PAYMENT OF TUITION AND FEES MUST BE MADE PRIOR TO REGISTRATION FOR THE STUDENT'S FIRST SESSION. FINANCIAL OBLIGATIONS MUST BE MET IN ADVANCE OF EACH TERM UNLESS A STUDENT WILL BE USING ONE OF DEVRY'S PAYMENT OPTIONS.</u>

Students requiring repeat work will be charged additional tuition at the prevailing tuition rates. This may extend the degree or certificate program by additional sessions or semesters. Schedule changes affected during the add/drop period will result in a tuition adjustment according to the tuition policy.

Through the University's Fixed Tuition Promise[1] tuition rates shown will remain effective through graduation for all matriculating students missing no more than five consecutive sessions of enrollment. DeVry reserves the right to increase tuition rates at any time; any increase will be announced at least 90 days before the beginning of the effective term. However, the University's Fixed Tuition Promise allows eligible students to be unaffected by future tuition increases. Oregon and Tennessee students' tuition will not be increased more than once in an academic year.

DeVry reserves the right to change a student's status as determined by the student's cumulative enrollment in either online or site-based courses. Tuition for all coursework is assessed according to the student's primary program of enrollment. Student's first program of study is considered the primary program unless the student requests a program change.

[1] *The Fixed Tuition Promise is applicable to tuition only. School-related fees and expenses are not included.*

The University's academic catalog is available at: http://www.devry.edu/academics/catalog.html

**Program of Enrollment:**   Technical Management

Human Resources Management

DocuSign Envelope ID: BAA66361-23B3-4802-8F06-E5BB11D0C9A4

**Enrollment Agreement (Effective: July 2014 – July 2015 sessions)**    

## Programs of Study:

| US & ONLINE Degree and Certificate Programs (except New Jersey). *Program availability varies by location.* ||
|---|---|
| **Accounting (Associate Degree)** four 16-week semesters (64 weeks full-time) — minimum 65 credit hours — total application fee and tuition costs based on current tuition rates — Onsite: $40,269.00[1]; Online: $39,109.00[1] | **Game and Simulation Programming (Baccalaureate Degree)** eight 16-week semesters (128 weeks full-time) — minimum 127 credit hours — total application fee and tuition costs based on current tuition rates — Onsite: $79,403.00[1]; Online: $77,083.00[1] |
| **Accounting (Baccalaureate Degree)** eight 16-week semesters (128 weeks full-time) — minimum 124 credit hours — total application fee and tuition costs based on current tuition rates — Onsite: $77,576.00[1] | **Health Information Technology (Associate Degree)** four 16-week semesters (64 weeks full-time) — minimum 67 credit hours — total application fee and tuition costs based on current tuition rates — Onsite: $40,999.00[1]; Online: $40,399.00[1] |
| **Biomedical Engineering Technology (Baccalaureate Degree)** nine 16-week semesters full-time (144 weeks full-time) — minimum 139 credit hours — total application fee and tuition costs based on current tuition rates — Onsite: $86,933.00[1] | **Healthcare Administration (Baccalaureate Degree)** eight 16-week semesters (128 weeks full-time) — minimum 126 credit hours — total application fee and tuition costs based on current tuition rates — Onsite: $78,794.00[1]; Online: $76,474.00[1] |
| **Business Administration (Baccalaureate Degree)** eight 16-week semesters (128 weeks full-time) — minimum 124 credit hours — total application fee and tuition costs based on current tuition rates — Onsite: $77,576.00[1]; Online: $75,256.00[1] | **Justice Administration (Baccalaureate Degree)** eight 16-week semesters (128 weeks full-time) — minimum 122 credit hours — total application fee and tuition costs based on current tuition rates — Onsite: $76,358.00[1]; Online: $74,038.00[1] |
| **Clinical Laboratory Science (Baccalaureate Degree)** nine 16-week semesters (144 weeks full time) — minimum 130 credit hours — total application fee and tuition costs based on current tuition rates — Onsite: $81,341.00[1] | **Management (Baccalaureate Degree)** eight 16-week semesters (128 weeks full-time) — minimum 122 credit hours — total application fee and tuition costs based on current tuition rates — Onsite: $76,358.00[1]; Online: $74,038.00[1] |
| **Communications (Baccalaureate Degree)** eight 16-week semesters (128 weeks full-time) — minimum 122 credit hours — total application fee and tuition costs based on current tuition rates — Onsite: $76,358.00[1]; Online: $74,038.00[1] | **Medical Billing and Coding (Undergraduate Certificate)** two 16-week semesters (32 weeks full-time) — minimum 34 credit hours — total application fee and tuition costs based on current tuition rates — Online: $15,110.00[1] |
| **Computer Engineering Technology (Baccalaureate Degree)** nine 16-week semesters (144 weeks full-time) — minimum 139 credit hours — total application fee and tuition costs based on current tuition rates — Onsite: $87,563.00[1] | **Multimedia Design and Development (Baccalaureate Degree)** eight 16-week semesters (128 weeks full-time) — minimum 122 credit hours — total application fee and tuition costs based on current tuition rates — Onsite: $76,358.00[1]; Online: $74,038.00[1] |
| **Computer Information Systems (Baccalaureate Degree)** eight 16-week semesters (128 weeks full-time) — minimum 124 credit hours — total application fee and tuition costs based on current tuition rates — Onsite: $77,576.00[1]; Online: $75,256.00[1] | **Network and Communications Management (Baccalaureate Degree)** eight 16-week semesters (128 weeks full-time) — minimum 124 credit hours — total application fee and tuition costs based on current tuition rates — Onsite: $77,576.00[1]; Online: $75,256.00[1] |
| **Electronics and Computer Technology (Associate Degree)** five 16-week semesters (80 weeks full-time) — minimum 71 credit hours — total application fee and tuition costs based on current tuition rates — Onsite: $44,522.00[1]; Online: $45,332.00[1] | **Network Systems Administration (Associate Degree)** five 16-week semesters (80 weeks full-time) — minimum 67 credit hours — total application fee and tuition costs based on current tuition rates — Onsite: $42,086.00[1]; Online: $40,781.00[1] |
| **Electronics Engineering Technology (Baccalaureate Degree)** nine 16-week semesters (144 weeks full-time) — minimum 139 credit hours — total application fee and tuition costs based on current tuition rates — Onsite: $89,003.00[1] | **Technical Management (Baccalaureate Degree)** eight 16-week semesters — (128 weeks full-time) — minimum 122 credit hours — total application fee and tuition costs based on current tuition rates — Onsite: $76,358.00[1]; Online: $74,038.00[1] |
| **Engineering Technology-Computers (Baccalaureate Degree)** nine 16-week semesters (144 weeks full-time) — minimum 139 credit hours — total application fee and tuition costs based on current tuition rates — Online: $90,533.00[1] | **Web Graphic Design (Associate Degree)** five 16-week semesters (80 weeks full-time) — minimum 67 credit hours — total application fee and tuition costs based on current tuition rates — Onsite: $42,086.00[1]; Online: $40,781.00[1] |
| **Engineering Technology-Electronics (Baccalaureate Degree)** nine 16-week semesters (144 weeks full-time) — minimum 139 credit hours — total application fee and tuition costs based on current tuition rates — Online: $91,253.00[1] | |

US & Online Tuition Notes:
[1] for matriculating students at current tuition rates; total tuition cost is calculated at credit hours shown and assuming attendance of 8 credit hours per session for all but final session. Tuition will vary based on credit hours taken per session; includes $40 application fee ($30 for applicants at Florida, Georgia and Tennessee locations), student services charge, and average estimated textbook and equipment expense.
Note: Tuition for Canadian residents enrolled in U.S. online programs is charged in Canadian dollars.

| NEW JERSEY Degree Programs. *Program availability varies by location* ||
|---|---|
| **Biomedical Engineering Technology (Baccalaureate Degree)** nine 16-week semesters (144 weeks full-time) — minimum 138 credit hours — total application fee and tuition costs based on current tuition rates.........$86,324.00[1] | **Multimedia Design and Development (Baccalaureate Degree)** eight 16-week semesters (128 weeks full-time) — minimum 127 credit hours — total application fee and tuition costs based on current tuition rates.........$79,403.00[1] |
| **Business Administration (Baccalaureate Degree)** eight 16-week semesters (128 weeks full-time) — minimum 133 credit hours — total application fee and tuition costs based on current tuition rates.........$81,593.00[1] | **Network and Communications Management (Baccalaureate Degree)** eight 16-week semesters (128 weeks full-time) — minimum 133 credit hours — total application fee and tuition costs based on current tuition rates.........$81,593.00[1] |
| **Computer Information Systems (Baccalaureate Degree)** eight 16-week semesters (128 weeks full-time) — minimum 130 credit | **Network Systems Administration (Associate Degree)** five 16-week semesters (80 weeks full-time) — minimum 70 credit |

**Enrollment Agreement (Effective: July 2014 – July 2015 sessions)**    DeVry University 

| | |
|---|---|
| hours — total application fee and tuition costs based on current tuition rates.........$80,498.00[1] | hours — total application fee and tuition costs based on current tuition rates.........$43,913.00[1] |
| **Electronics and Computer Technology (Associate Degree)** five 16-week semesters (80 weeks full-time) — minimum 71 credit hours — total application fee and tuition costs based on current tuition rates.........$44,522.00[1] | **Neurodiagnostic Technology (Associate Degree)** five 16-week semesters (80 weeks full-time) — minimum 70 credit hours — total application fee and tuition costs based on current tuition rates.........$43,913.00[1] |
| **Electronics Engineering Technology (Baccalaureate Degree)** nine 16-week semesters (144 weeks full-time) — minimum 138 credit hours — total application fee and tuition costs based on current tuition rates.........$88,394.00[1] | **Technical Management (Baccalaureate Degree)** eight 16-week semesters (128 weeks full-time) — minimum 127 credit hours — total application fee, and tuition costs based on current tuition rates.........$79,403.00[1] |
| **Health Information Technology (Associate Degree)** five 16-week semesters (80 weeks full-time) — minimum 68 credit hours — total application fee and tuition costs based on current tuition rates.........$42,695.00[1] | **Web Graphic Design (Associate Degree)** five 16-week semesters (80 weeks full-time) — minimum 67 credit hours — total tuition fee and application costs based on current tuition rates.........$42,086.00[1] |
| New Jersey Tuition Notes: [1] for matriculating students at current tuition rates; total tuition cost shown is calculated at credit hours shown and assuming attendance of 8 credit hours per session for all but final session. Tuition expenses will vary based on credit hours taken per session; includes $40 application fee, student services charge, and average estimated textbook and equipment expenses | |

There may be a slight difference between minimum credit hours required for graduation and total credit hours required if all courses are taken at DeVry. Credit hour differences may benefit students with qualifying transfer credit. Students should contact their student support advisor or academic advisor for more information.

**Refunds and Withdrawals**
The application fee is refundable if the agreement is cancelled in writing prior to midnight of the tenth business day after the date of transaction as provided in the Buyer's Right to Cancel section, or as otherwise required by state law.

To withdraw from school after attending classes, a student must notify the designated official according to the policy stated in the student handbook. Refunds will be calculated using the last documented date of attendance and will be issued within 30 days of the date of notification of withdrawal or the date DeVry determines the student is no longer enrolled, whichever is earlier.

Withdrawal is complete when the designated official has been notified. All students receiving Federal student loans must complete an exit interview with the Student Finance office prior to withdrawing.

Withdrawn students are responsible for all outstanding financial obligations. At time of withdrawal, student agrees to pay DeVry University any outstanding balances less than $100.00 in full; or in four consecutive monthly installments if the balance is $100.00 or more, including all finance charges at a 12% annual fixed interest rate, in substantially equal amounts sufficient to pay the principal balance in full. DeVry will send a monthly notice of the amount due and remaining balance. DeVry will provide students with a disclosure statement setting forth the material terms prior to a student's first payment becoming due. Failure to fulfill all financial obligations may result in a student's account being reported to the credit bureaus and denial of student's subsequent registration, access to grades, diplomas or transcripts.

In compliance with applicable requirements, DeVry issues refunds to students who completely withdraw from all classes prior to completing a session. Refund calculations are based on week of withdrawal, DeVry's policy and the policy of the student's original state of residence. Of the amounts calculated, the one most favorable to the student is issued. In all cases, policies are applied to tuition charged for the period of enrollment from which the student withdrew. See the academic catalog for additional detail. Examples of refund calculations are available from the Student Finance office.

# DeVry University

**Enrollment Agreement (Effective: July 2014 – July 2015 sessions)**

## DeVry Refund Policy

At a minimum, refunds are calculated as follows:

| Date of Withdrawal During: | Percent Refund of Tuition Less Administrative Fee* |
|---|---|
| First day of scheduled classes** | 100% |
| Balance of week 1 | 90% |
| Week 2 | 75% |
| Weeks 3-4 | 25% |
| Weeks 5-8 | 0% |

\* The administrative fee is 5% of the tuition charges for the applicable period of enrollment or $150 whichever is less.

\*\* Students who cancel their enrollment during this period will also have their financial aid awards cancelled and any funds received returned to the funding source.

## General Information

Course sequences may vary and DeVry reserves the right to revise, add or delete courses, alter the total number of class hours, suspend, cancel or postpone a class for reasons including, but not limited to, the following: natural occurrences or other circumstances beyond DeVry's control, holidays, special institutional activity days, and registration days. If it becomes necessary for any reason to interrupt its regular class schedules or starting dates, DeVry may, upon reasonable advance notice, suspend or cancel instruction. DeVry will advise students as soon as possible of dates for resumption of classes.

If the number of students enrolling in a starting class is deemed insufficient, DeVry reserves the right to cancel the starting class (a class which begins the first term of an academic program). If this occurs, applicants will be given a full refund, within thirty days, of the application fee and prepaid tuition. In the event that a continuing program or class is cancelled, students will be offered the opportunity to transfer within the DeVry system with full credit for all course work completed. Not all programs are offered at all locations and online. Some courses may not be offered every session. Check with your administrator regarding course availability. In some site-based programs, students will be required to take a substantial amount of course work online or at another location in close proximity to complete their program. Check with the appropriate academic advisor regarding course availability and delivery format.

If the standard length of programs must be changed, then tuition for any additional coursework will be charged at the prevailing tuition rate. DeVry is not obligated to provide coursework for students who fail, withdraw from a course, or interrupt their studies. Although the programs are of varying lengths, the term of this Agreement is for one semester only. If a student's enrollment is ongoing after the first session with no interruptions, no new Agreement need be signed, and the terms of this Agreement (except for tuition and refunds in the case of a tuition increase) are reaffirmed and shall be applicable to the student and DeVry upon the student's enrollment for each consecutive subsequent session and during the term thereof. Students who leave the program for one to five sessions or who transfer to another DeVry location or program must sign an addendum to their enrollment agreement prior to resuming or transferring. Students readmitted to the University after missing six or more consecutive sessions of enrollment reenroll under prevailing tuition policies at the time they are readmitted and will be asked to executive a new Agreement prior to resuming. A second application fee is not required of readmits.

Standard business methods are used in the collection of delinquent payments. Students are required to keep DeVry informed of their current home and local address.

In order to remain enrolled, students must demonstrate satisfactory academic progress toward completing their programs as outlined in the academic catalog. To graduate from any program, a student must maintain a cumulative grade point average of not less than 2.0 and satisfactorily complete all required coursework specified by DeVry. Additional conditions are detailed in the academic catalog. DeVry reserves the right to change the requirements for graduation to keep pace with educational, scientific, technological or similar developments. Changes may be applied to students already enrolled. For those cases, an academic advisor will specify an alternate plan of study which must be completed in lieu of the original requirements.

DocuSign Envelope ID: BAA66361-23B3-4802-8F06-E5BB11D0C9A4

# DeVry University 

**Enrollment Agreement (Effective: July 2014 – July 2015 sessions)**

Students seeking resumption of study after involuntary or voluntary withdrawal need to be aware that not all courses are offered each term, and that curriculum changes may have occurred. A review with an academic advisor will be made to determine if an alternate plan of study is needed to permit those students to complete the graduation requirements. DeVry is not obligated to provide coursework for students who fail, withdraw from a course, or interrupt their studies.

Except by attached printed addenda to this Agreement, if any, written by DeVry and acknowledged by applicant, this Agreement is not subject to oral or written modifications from its printed form. This agreement supersedes any DeVry enrollment agreement you may have previously signed.

DeVry is an educational institution that admits academically qualified students without regard to gender, age, race, color, religion, national origin, sexual orientation, political affiliation or belief, or disability and affords them all the rights, privileges, programs and opportunities generally available to students at DeVry. DeVry does not discriminate on the basis of gender, age, race, color, national origin, sexual orientation, political affiliation or belief, religion or disability in admissions, employment services, or access to its programs and activities.

It is DeVry's policy to comply with Section 504 of the Rehabilitation Act of 1973 and the Americans with Disabilities Act of 1990. DeVry does not discriminate on the basis of disability. Persons wishing additional information about this policy or assistance to accommodate individual needs should contact the Office of Student Disability Services, adaofficer@devry.edu or 877-496-9050, option 3.

## Purchase of Texts, Lessons, and Supplies

*Textbooks, Supplies and Specialized Equipment – Site-Based Students:* Costs for textbooks and supplies vary by program. The average estimated per-session expense for full-time students in all programs (except Computer Engineering Technology and Electronics Engineering Technology) is $335. For full-time students in the CET program, the average estimated per-session expenses are $370. For full-time students in the EET program, the average estimated per-session expenses are $450. Costs are subject to change based on publishers' prices. Textbooks may be purchased at the school bookstore or from an outside source, but they must be those specified by DeVry.

Most courses require electronic course materials, which may include tutorials, simulations, study guides, electronic versions of textbooks and other interactive study material. Students enrolled in these courses are charged a maximum of $85 per course for the electronic materials. Average per-session costs noted above include this electronic course materials charge.

DeVry refunds a portion of electronic course material charges for all course withdrawals. During the add/drop period (week 1), electronic course material charges are adjusted according to the drop policy. During weeks 2 through 8, electronic course material charges are refunded as follows:

| Course Material Charge | Refund During Weeks 2-8 |
| --- | --- |
| $60 - $85 | $50 |
| $50 - $59.99 | $40 |
| ≤ $49.99 | $30 |

If electronic versions of textbooks are included, hard-copy textbooks are not required for these courses but may be purchased for an additional cost. Technology and software supplies must be those specified by DeVry.

For students who want printed textbooks as well as eBooks, black and white, soft-cover printed versions of certain course eBooks are available for $10 each. These optional print-on-demand books are identical to course eBooks. More information is available at http://hub2.devry.edu/pod.

Technology and software supplies must be those specified by DeVry.

*Textbooks, Supplies and Specialized Equipment – Online Students:* Costs for textbooks, supplies and any required specialized equipment vary by program. The average estimated expense for full-time students in all programs (except Electronics & Computer Technology, Engineering Technology – Computers, Engineering Technology – Electronics, Health Information Technology, and Medical Billing and Coding) is $190 per session. Most courses require electronic course materials, which may include tutorials, simulations, study guides, electronic versions of

DocuSign Envelope ID: BAA66361-23B3-4802-8F06-E5BB11D0C9A4

DeVry University 

## Enrollment Agreement (Effective: July 2014 – July 2015 sessions)

textbooks and other interactive study material. Average per-session costs noted above include this electronic course materials charge.

If electronic versions of textbooks are included, hard-copy textbooks are not required for these courses but may be purchased for an additional cost.

For students who want printed textbooks as well as eBooks, black and white, soft-cover printed versions of certain course eBooks are available for $10 each. These optional print-on-demand books are identical to course eBooks. More information is available at http://hub2.devry.edu/pod.

For full-time students in the following programs, average estimated per-session costs for textbooks and supplies are:
- Electronics & Computer Technology: $425
- Engineering Technology – Computers: $535
- Engineering Technology – Electronics: $575
- Health Information Technology, and Medical Billing and Coding: $260

Most courses with an ECT, ECET or REET designator (and certain alternate courses) include an $80 per-course equipment charge for the following:
- Analog/digital trainer
- Oscilloscope

Average per-session costs for ECT, ET-C and ET-E program textbooks and supplies noted above include this equipment charge.

Students should test equipment and inform DeVry within seven calendar days of any defects. If no defect is reported, equipment will be considered to be in working order and loaned to the student. Students who report defects should return the equipment and replacement equipment will be shipped to them. DeVry does not guarantee that equipment will be operable but will make technical support, maintenance and repair facilities reasonably available.

Costs are subject to change based on publishers'/suppliers' prices. Applicable taxes and shipping fees apply.

DeVry has limited spare equipment available for student use but does not guarantee that spare equipment will be available.

Students may use the equipment only while enrolled and actively participating in at least one course with the ECT, ECET or REET designator, or in related courses; however, DeVry retains ownership of equipment at all times. Students must use equipment in accordance with its instructions; may not abuse, neglect or allow others to use it; and must ensure that equipment is not lost, stolen or damaged. If equipment is lost, stolen or damaged, students must notify DeVry, and DeVry will charge students up to the full cost of replacement. If equipment is recovered unharmed and returned to DeVry within 30 days after the loss or theft, DeVry will credit or refund any amounts paid for replacement equipment.

DeVry may allow students to retain equipment after successful completion of all program requirements. Students who suspend or discontinue enrollment in their program of study will be required, at DeVry's option, to either return the equipment to DeVry within seven calendar days at their own expense or to pay DeVry the full cost of the equipment. Students authorize DeVry to charge any amount payable for equipment to their DeVry account.

Further information is available from DeVry's student services advisors.

DeVry University receives commissions derived from the gross revenue collected by the bookstore operator for internet sales. These commissions are used for expenses associated with the selection and ordering of textbooks and e-learning materials.

### Other Costs

A non-refundable student services charge of $20 per session is applied to all students. See the academic catalog for details.

Case 2:19-cv-01572-JAM-KJN   Document 1-3   Filed 08/13/19   Page 8 of 12

DocuSign Envelope ID: BAA66361-23B3-4802-8F06-E5BB11D0C9A4

# DeVry University 

## Enrollment Agreement (Effective: July 2014 – July 2015 sessions)

A non-refundable parking fee, not to exceed $60 per session, per vehicle, may be required of students who utilize DeVry parking lots.

A continuing student who has not completed the continuing student pre-registration procedure may be obligated to pay a $25 late fee. DeVry reserves the right to change fees at any time without notice. These charges are non-refundable.

NDT students must complete cardiopulmonary resuscitation (CPR) training prior to graduation. Training is available during clinical rotations for a fee of $75-$100. See academic catalog for additional detail.

### Insurance

All full-time site-based students are required to enroll in a student injury and sickness insurance plan. This is mandatory unless the students have equivalent coverage under a similar insurance program. Students who do not provide evidence of independent health insurance coverage by end of week two of either the July session or the session in which students become full time, will be billed for a student health insurance policy. Insurance premiums vary depending upon age and benefit options selected. The current minimum annual non-refundable premium is $1,087 for individual student coverage and is subject to change at the start of each July session. The insurance policy year begins with the July session and runs through the following May session. See the academic catalog for details.

### General Admission Requirements

To be granted unconditional admission to DeVry, a prospective student must interview with a DeVry admissions advisor/representative and complete an application. In addition, other general and specific requirements must be met regarding age, prior education and evaluation of proficiency in the basic and prerequisite skills needed for college-level work. Once DeVry accepts the application, applicants are conditionally admitted pending satisfactory completion of remaining admission conditions. Detailed information as well as additional requirements for selected programs, formats and applicants is found in the academic catalog.

Applicants with prior post-secondary attendance must present transcripts indicating all previous work. Students requesting transfer credit for prior post- secondary education must submit official transcripts before credit is awarded.

Each applicant must be at least 17 years old on the first day of classes. Documentation of age may be required.

Each applicant must have earned one of the following credentials from a DeVry-recognized organization: high school diploma or equivalent, General Educational Development (GED) certificate, or a postsecondary degree. The diploma or other acceptable documentation of the applicant's educational achievement must be provided for the student's file by the end of registration unless DeVry grants an extension. An official transcript (or equivalent documentation) with the grade point average (GPA) and graduation date must be submitted by the end of the second session of enrollment. Students who do not meet this deadline are dropped from all courses in which they may be enrolled for future sessions. Until official transcripts are received, such students may not enroll.

Prior educational performance is considered in conjunction with demonstrated proficiency in basic college level skills to determine admissibility and appropriate course placement. DeVry grants unconditional admission to individuals whose prior educational performance meets the criteria outlined in the academic catalog. Applicants whose prior educational performance does not meet these criteria must complete basic skills evaluation and demonstrate specific basic and prerequisite skills proficiency levels to be granted unconditional admission. All applicants may be required to complete basic skills evaluation through standard means prior to starting classes, to determine their initial course placement. Details regarding basic and prerequisite skills evaluation and results are outlined in the academic catalog.

See the academic catalog for additional admission requirements.

Applications may be taken through the end of late registration only. DeVry reserves the right to deny admission to any applicant and to change entrance requirements without prior notice. Electronics program applicants should note that color is one method used for coding electronic components; consequently, colorblind individuals may have difficulty in some courses.

Version: 2.4  Page 7 of 11  Rev: 3/19/15

DocuSign Envelope ID: BAA66361-23B3-4802-8F06-E5BB11D0C9A4

# DeVry University 

**Enrollment Agreement (Effective: July 2014 – July 2015 sessions)**

### Schedule
DeVry maintains morning, afternoon, and/or early evening sessions for onsite courses. Morning sessions typically run from 7:00 AM to 1:00 PM. Afternoon sessions typically run from 1:00 PM to 7:00 PM. Evening sessions typically run from 6:30 PM to 10:30 PM, or on weekends, if available. Specific times of attendance vary according to individual student schedules. Students with standard schedules attend classes between 15 and 24 hours per week, depending upon the semester. Part-time students' schedules will vary each semester between 3 and 11 hours per week, depending upon courses chosen. DeVry reserves the right to assign class sessions and to reschedule class sessions, if and when necessary. Students are expected to participate as required on a course-by-course basis and may be dismissed for failure to do so. See the academic catalog for details.

### Course Loads
Students in good standing may register for as many as 10 semester-credit hours per session and as many as 20 semester-credit hours per semester. Students may not register for more than the allowed semester-credit hours. Students whose academic history indicates academic difficulties may be required to take a reduced academic load.

### Attendance/Dismissal Policy
Those seeking services from DeVry, including students and applicants, who breach DeVry rules or normal standards of good conduct (including those identified in the Code of Conduct) may be subject to sanctions, including dismissal or ineligibility for enrollment or services. DeVry reserves the right to sanction those who do not comply with the Code of Conduct. See the Student Handbook and campus community website for complete details about the Code of Conduct. Students who fail to maintain satisfactory academic progress are subject to dismissal. See the academic catalog for full details.

### Housing
DeVry helps students secure living arrangements; however, formal housing assistance is not provided to online students or to those attending DeVry's New York locations. Students attending DeVry's Fremont, California, campus may be able to take advantage of residence facility Taylor Hall. Please see the academic catalog for details.

### Part-Time Employment
The DeVry Student Services office will help onsite students find part-time jobs while they are enrolled. Students are eligible for this assistance beginning the first day of classes. However, since employment depends upon local business conditions, part-time jobs cannot be guaranteed.

### Student Financial Aid
DeVry's interest bearing installment loan program is available to students who need assistance to finance their DeVry education. If eligible, students will be given documents outlining terms and conditions of the plan. Federally or state funded financial aid programs may also be available to qualified students. Details on all financial aid programs are available at the school, and at http://www.devry.edu/financial-aid.html.

### Career Services
Graduates of DeVry programs are entitled to career services to help them seek employment in business or industry. While employment cannot be guaranteed, career services staff will continue to work with students after graduation. DeVry's graduate employment statistics do not include graduates who do not actively participate in an employment search. Graduates who intend to utilize DeVry's career services must agree to DeVry's requirements for an employment search, including specific responsibilities allocated to the graduate. Agreement to utilize DeVry services to support an employment search entitles DeVry to confirm the graduate's hire date, job title, responsibilities and salary with the employer to ensure accuracy of published statistics. Colleagues from DeVry University or any DeVry Education Group institution are not entitled to career services and waive their rights to career search assistance. The level of career services offered to International students/graduates will vary, and will depend on the employment opportunities permitted by NAFTA and/or their individual student visas. See the academic catalog for more details.

### Veterans Information
Students enrolling in eligible programs who qualify for veterans educational benefits should submit the appropriate application for benefits form, along with discharge papers, as far in advance of the scheduled class starting date as

DocuSign Envelope ID: BAA66361-23B3-4802-8F06-E5BB11D0C9A4

# DeVry University 

**Enrollment Agreement (Effective: July 2014 – July 2015 sessions)**

possible. Details regarding specific program eligibility and requirements may be obtained from the veterans benefits coordinator at DeVry. Refunds for Veterans and eligible persons enrolled in programs approved under Section 1775 of the G.I. Law are the same as indicated under Refund Policy.

## Additional Information
Please see the DeVry catalog for rules and procedures detailing the services outlined above.

## Accurate Information Disclosure
DeVry publishes accurate information about its programs, policies, services and graduate outcomes. Complete, accurate information is provided on our website, in our catalogs, and in advertisements and other materials published by DeVry. You may have received information from other sources that was not sanctioned by DeVry. You should only rely on written information provided by DeVry during the application and enrollment process to make an enrollment decision. For comprehensive consumer information, please visit www.devry.edu/studentconsumerinfo.html.

## Publicity Waiver and Release Disclosure
By signing this enrollment agreement, the student grants to DeVry University Inc., its parent, subsidiary and affiliated companies, agents, licensees and designees (collectively, "DeVry"), including their successors and assigns, the absolute, royalty-free, irrevocable, worldwide, right and permission, with respect to any testimonial (written or oral), photographs, film, video or other images, or sound recordings taken by DeVry:

(a) To use, re-use, publish, re-publish, copy, modify, display and create derivative works in whole or in part, individually or in conjunction with other photographs, images, recordings or testimonials in any medium (including without limitation, in print and on the Internet) and for any purpose whatsoever, including, without limitation in advertising, marketing, publications, electronic distribution, and the Internet and for any other commercial purpose; and

(b) To use the student's name in connection therewith if DeVry so chooses; and

(c) To copyright the same in the name of DeVry, or any other name that DeVry may choose.

The student understands that there will be no compensation for the permitted use of any testimonial (written or oral), photographs, film, video or other images, or sound recordings taken by DeVry or of the student's name. By signing, the student releases and discharges DeVry, its successors, assigns and any designee (including any agency, client, broadcaster, periodical or other publication) from any and all claims and demands arising out of or in connection with the use of such photographs, film, video or other images, sound recordings, or testimonial, including but not limited to any claims for defamation, invasion of privacy, right of publicity, emotional distress or any similar right. Furthermore, the student represents and warrants that any testimonial given is original and does not infringe upon copyright or proprietary rights of another person or entity.

By signing this agreement, the student waives any and all rights to such photographs, film, video or other images, sound recordings, or testimonial and assigns all such rights to DeVry. **If the student is under the age of 18, the parent or legal guardian's signature indicates that he/she and the student have read, understand, and agree to be bound by the terms of this disclosure.**

**Name:**  David Torosyan

**Address:**  6525 RADFORD AVE

NORTH HOLLYWOOD      CA      91606

**Telephone Number:**  8182556265

**Session Start Date:**  2015-07-06

# DeVry University 

**Enrollment Agreement (Effective: July 2014 – July 2015 sessions)**

| Session Start Date | Approximate Completion Date (based on continuous enrollment) | | |
|---|---|---|---|
| | 5 Semesters | 8 Semesters | 9 Semesters |
| March 2015 | September 2016 | September 2017 | January 2018 |
| May 2015 | November 2016 | November 2017 | March 2018 |
| July 2015 | January 2017 | January 2018 | May 2018 |
| September 2015 | March 2017 | March 2018 | July 2018 |
| November 2015 | May 2017 | May 2018 | September 2018 |
| January 2016 | July 2017 | July 2018 | November 2018 |

**APPLICANT (BUYER)**
I certify that all information provided by me in the Application for Admission is accurate and that I have read all pages of this Agreement and will abide by its provisions. I have retained a completely filled-in copy of this Agreement. I certify that I have reviewed the academic catalog available at http://www.devry.edu/academics/catalog.html

NOTE: Provisions of any attached addenda acknowledged by applicant modify those of this Agreement. This enrollment agreement and any addendum incorporated by reference herein supersede all prior or contemporaneous representations, proposals, communications and negotiations, both oral and written, and constitute the entire agreement between the parties with respect to education services. Any representations, warranties, or statements made by an employee or agent of DeVry and not expressed in this Agreement are not binding on DeVry. This Agreement may only be changed by written agreement signed by an authorized representative of the party against whom enforcement is sought.

Any claim or controversy arising out of or related to the terms of this Agreement or the education provided by DeVry, regardless of form or cause of action shall be decided and determined by binding arbitration under the commercial arbitration rules of the American Arbitration Associations. The parties acknowledge and agree that this agreement involves interstate commerce and that the Federal Arbitration Act will govern the enforceability of this provision.

**THIS AGREEMENT IS A LEGALLY BINDING INSTRUMENT WHEN SIGNED BY APPLICANT AND ACCEPTED BY DEVRY.**

I hereby authorize DeVry to release information regarding my enrollment, activities, honors, other achievements, graduation and employment to newspapers and other departments within DeVry, and grant DeVry permission to use this information in informational and promotional materials it publishes.

Completing and submitting this form provides consent without obligation for DeVry University to call, text, and/or email you about your education by our automated means or prerecorded messages at the number(s) and/or email address you provide.

To international students: By completing and submitting this form you are consenting to have your data transferred to appropriate and relevant third parties contracted by DeVry.

―DocuSigned by:
*David Torosyan*                                                          4/1/2015
―6C9BBDE8C4DE454...
**Applicant (Buyer) Signature**                                           **Date**

―DocuSigned by:
*Wajiha Usman*                                                            4/1/2015
―214AD9166B05407...
**DeVry Advisor Signature**                                               **Date**
(DeVry Admissions Representative in FL, MA, MN, NE, OR)

# DeVry University
## Enrollment Agreement (Effective: July 2014 – July 2015 sessions)

## FOR APPLICANTS WHO ARE MINORS

If applicant has not reached the age of majority under state law in the state of buyer's residence, the parent or legal guardian must complete this section.

The undersigned hereby agrees to and accepts the terms and conditions of this Enrollment Agreement and hereby acknowledges that he or she has received a completely filled-in and exact copy of all pages of this Agreement.

**Parent or Legal Guardian Name:**

**Address:**

**Telephone Number:**

_____   _____
**Signature of Parent or Legal Guardian**                                 **Date**

## BUYER'S RIGHT TO CANCEL

You may cancel your application without penalty or obligation at any time prior to midnight of the tenth business day following this transaction. If you cancel within this period, any payments made and any negotiable instrument executed will be returned to you within 10 business days following DeVry's receipt of your cancellation notice. To cancel, send your request:

By mail to: DeVry
814 Commerce Drive
Oak Brook, IL 60523-8822
Attn: Customer Service

By fax to: 630-574-1968
By email to: customerservice@devry.com

In New York, DeVry University operates as DeVry College of New York.
©2015 DeVry Educational Development Corp. All rights reserved.