Laurie Edelstein (Bar No. 164466)
STEPTOE & JOHNSON LLP
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
Phone: (415) 365-6700
Fax:    (415) 365-6699
ledelstein@steptoe.com

Patricia B. Palacios (*pro hac vice* to be filed)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. NW
Washington, DC 20036
Phone: (202) 429-3000
Fax:    (202) 429-3902
ppalacios@steptoe.com

William R. Andrichik (*pro hac vice* to be filed)
STEPTOE & JOHNSON LLP
227 West Monroe Street
Suite 4700
Chicago, IL 60606
Phone: (312) 577-1300
Fax:    (312) 577-1370
wandrichik@steptoe.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DENNIS MAGANA, SCOTT SWINDELL, and DAVID TOROSYAN, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ADTALEM GLOBAL EDUCATION INC., formerly known as DEVRY EDUCATION GROUP INC., a Delaware Corporation, DEVRY UNIVERSITY, INC., a Delaware Corporation, <br><br> *Defendants*. | No. 19 Civ. 01572 <br><br> **JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS' RESPONSE TO COMPLAINT** <br><br> [Accompanying Documents: Proposed Order] <br><br> Judge:    Hon. John A. Mendez |

It is hereby stipulated by and between Plaintiffs Dennis Magana, Scott Swindell, and David Torosyan (collectively, "Plaintiffs") and Defendants Adtalem Global Education Inc. and DeVry University, Inc. (collectively, "Defendants"), as follows:

WHEREAS, Plaintiffs filed their Complaint in this matter on August 13, 2019;

WHEREAS, on August 23, 2019, Plaintiffs served Defendants with Waiver of the Service of Summons forms;

WHEREAS, Defendants completed the Waiver of the Service of Summons forms making their response to the Complaint due on October 22, 2019;

WHEREAS, on October 17, 2019, pursuant to the Order Regarding Filing Requirements for Cases Assigned to Judge Mendez, Docket No. 3-2, § III, the Parties met and conferred as to Defendants' anticipated Motion to Dismiss the Complaint and the "the possibility of settlement before the parties incur the expense of briefing a motion";

WHEREAS, counsel for the Parties are set to mediate a related matter, *Robby Brown v. Adtalem Global Education Inc., et al.* (W.D. Mo., No. 4:19-cv-00250), on December 17, 2019 in front of the Honorable Layn Phillips (Ret.) at which point the Parties anticipate discussing a resolution of the claims in this matter;

WHEREAS, the Parties agree that the pending mediation may lead to a resolution of the matter;

WHEREFORE, the Parties stipulate and agree to extend the deadline to respond to the Complaint and further agree to report to the Court the outcome of the mediation no later than January 17, 2020, at which point the Parties will propose to the Court a deadline for Defendants to respond to the Complaint, if necessary.

Respectfully submitted,

DATED: October 21, 2019          STEPTOE & JOHNSON LLP

By:  */s/ Laurie Edelstein*

Laurie Edelstein
One Market Street
Spear Tower, Suite 3900
San Francisco, CA 94105

---

JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS' RESPONSE TO COMPLAINT
No. 19 Civ. 01572 (JAM)

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

| | |
|---|---|
| 1 | Phone: (415) 365-6700 |
| 2 | Fax: (415) 365-6699 |
| | ledelstein@steptoe.com |

Patricia B. Palacios (*pro hac vice* to be filed)
1330 Connecticut Ave. NW
Washington, DC 20036
Phone: (202) 429-3000
ppalacios@steptoe.com

William R. Andrichik (*pro hac vice* to be filed)
227 West Monroe Street
Suite 4700
Chicago, IL 60606
Phone: (312) 577-1300
wandrichik@steptoe.com

*Attorneys for Defendants
DeVry University, Inc. and
Adtalem Global Education Inc.*

And

*/s/ Rafey S. Balbanian*

Rafey S. Balabanian (Bar No. 315962)
EDELSON PC
123 Townsend Street
Suite 100
San Francisco, CA 94107
rbalabanian@edelson.com

Benjamin H. Richman*
Sydney M. Janzen*
Michael Ovca*
EDELSON PC
350 North LaSalle Street
14th Floor
Chicago, IL 60654
brichman@edelson.com
sjanzen@edelson.com
movca@edelson.com

Robert Teel (Bar No. 127081)
LAW OFFICE OF ROBERT L. TEEL
1425 Broadway
Mail Code: 20-6690
Seattle, WA 98122
Telephone: (866) 833-5529
Fax: (855) 609-6911

**pro hac vice* application to be filed
*Attorneys for Plaintiffs*

---

JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS' RESPONSE TO COMPLAINT
No. 19 Civ. 01572 (JAM)

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Joint Stipulation to Extend the Deadline for Defendants' Response to Complaint** was served on all counsel of record via the ECF document filing system this 21st day of October, 2019.

**Counsel for Plaintiffs**

Rafey S. Balabanian (Bar No. 315962)
EDELSON PC
123 Townsend Street
Suite 100
San Francisco, CA 94107
rbalabanian@edelson.com

Benjamin H. Richman*
Sydney M. Janzen*
Michael Ovca*
EDELSON PC
350 North LaSalle Street
14th Floor
Chicago, IL 60654
brichman@edelson.com
sjanzen@edelson.com
movca@edelson.com

Robert Teel (Bar No. 127081)
LAW OFFICE OF ROBERT L. TEEL
1425 Broadway
Mail Code: 20-6690
Seattle, WA 98122
Telephone: (866) 833-5529
Fax:          (855) 609-6911

*pro hac vice* application to be filed
*Attorneys for Plaintiffs*

                                                /s/ Laurie Edelstein
                                                Laurie Edelstein
                                                Steptoe & Johnson LLP