| | |
|---|---|
| 1 | Laurie Edelstein (Bar No. 164466) |
| 2 | STEPTOE & JOHNSON LLP<br>One Market Plaza |
| 3 | Spear Tower, Suite 3900<br>San Francisco, CA 94105 |
| 4 | Phone: (415) 365-6700<br>Fax:    (415) 365-6699 |
| 5 | ledelstein@steptoe.com |
| 6 | Patricia B. Palacios (*pro hac vice* to be filed)<br>STEPTOE & JOHNSON LLP |
| 7 | 1330 Connecticut Ave. NW<br>Washington, DC 20036 |
| 8 | Phone: (202) 429-3000<br>Fax:    (202) 429-3902 |
| 9 | ppalacios@steptoe.com |
| 10 | William R. Andrichik (*pro hac vice* to be filed)<br>STEPTOE & JOHNSON LLP |
| 11 | 227 West Monroe Street<br>Suite 4700 |
| 12 | Chicago, IL 60606<br>Phone: (312) 577-1300 |
| 13 | Fax:    (312) 577-1370<br>wandrichik@steptoe.com |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DENNIS MAGANA, SCOTT SWINDELL, and DAVID TOROSYAN, on behalf of themselves and all others similarly situated,<br><br>            *Plaintiffs*,<br><br>      v.<br><br>ADTALEM GLOBAL EDUCATION INC., formerly known as DEVRY EDUCATION GROUP INC., a Delaware Corporation, DEVRY UNIVERSITY, INC., a Delaware Corporation,<br><br>            *Defendants*. | No. 19 Civ. 01572 (JAM)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS' RESPONSE TO COMPLAINT**<br><br>Judge:      Hon. John A. Mendez |

**[PROPOSED] ORDER ON JOINT STIPULATION TO
EXTEND THE DEADLINE FOR DEFENDANTS' RESPONSE TO COMPLAINT**

This Court, having reviewed and considered the Parties' Joint Stipulation to Extend the Deadline for Defendants' Response to Complaint, finds that in light of the scheduled mediation in a related case, *Robby Brown v. Adtalem Global Education Inc., et al.* (W.D. Mo., No. 4:19-cv-00250), on December 17, 2019, an extension of the deadline for Defendants to respond to the Complaint is appropriate. Accordingly, IT IS HEREBY ORDERED that all deadlines to respond to the Complaint are hereby EXTENDED. IT IS FURTHER ORDERED that the Parties will report to this Court the outcome of the mediation no later than January 17, 2020.

**IT IS SO ORDERED**

DATED: _____

_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105