1  Laurie Edelstein (Bar No. 164466)
   STEPTOE & JOHNSON LLP
2  One Market Plaza
   Spear Tower, Suite 3900
3  San Francisco, CA 94105
   Phone: (415) 365-6700
4  Fax:   (415) 365-6699
   ledelstein@steptoe.com

5
   Patricia B. Palacios (*pro hac vice* to be filed)
6  STEPTOE & JOHNSON LLP
   1330 Connecticut Ave. NW
7  Washington, DC 20036
   Phone: (202) 429-3000
8  Fax:   (202) 429-3902
   ppalacios@steptoe.com
9
   William R. Andrichik (*pro hac vice* to be filed)
10 STEPTOE & JOHNSON LLP
   227 West Monroe Street
11 Suite 4700
   Chicago, IL 60606
12 Phone: (312) 577-1300
   Fax:   (312) 577-1370
13 wandrichik@steptoe.com

14

15 **UNITED STATES DISTRICT COURT**

16 **EASTERN DISTRICT OF CALIFORNIA**

17 **SACRAMENTO DIVISION**

| | |
|---|---|
| DENNIS MAGANA, SCOTT SWINDELL, and DAVID TOROSYAN, on behalf of themselves and all others similarly situated, | |
| *Plaintiffs*, | |
| | No. 19 Civ. 01572 (JAM) |
| v. | **ORDER GRANTING JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS' RESPONSE TO COMPLAINT** |
| ADTALEM GLOBAL EDUCATION INC., formerly known as DEVRY EDUCATION GROUP INC., a Delaware Corporation, DEVRY UNIVERSITY, INC., a Delaware Corporation, | |
| *Defendants*. | Judge:   Hon. John A. Mendez |

[PROPOSED] ORDER EXTENDING DEADLINE FOR DEFS.' RESPONSE TO COMPLAINT
No. 19 Civ. 01572 (JAM)

# ORDER ON JOINT STIPULATION TO
# EXTEND THE DEADLINE FOR DEFENDANTS' RESPONSE TO COMPLAINT

This Court, having reviewed and considered the Parties' Joint Stipulation to Extend the Deadline for Defendants' Response to Complaint, finds that in light of the scheduled mediation in a related case, *Robby Brown v. Adtalem Global Education Inc., et al.* (W.D. Mo., No. 4:19-cv-00250), on December 17, 2019, an extension of the deadline for Defendants to respond to the Complaint is appropriate. Accordingly, IT IS HEREBY ORDERED that all deadlines to respond to the Complaint are hereby EXTENDED. IT IS FURTHER ORDERED that the Parties will report to this Court the outcome of the mediation no later than January 17, 2020.

**IT IS SO ORDERED**

DATED: October 22, 2019

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE