Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: 415.212.9300
Facsimile: 415.373.9435

Robert Teel (SBN 127081)
lawoffice@rlteel.com
LAW OFFICE OF ROBERT L. TEEL
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone: 866.833.5529
Facsimile: 855.609.6911

[Additional counsel appearing on signature page]
*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MAGANA, SCOTT SWINDELL, and DAVID TOROSYAN, on behalf of themselves, and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>ADTALEM GLOBAL EDUCATION, INC., formerly known as DEVRY EDUCATION GROUP, INC., a Delaware corporation, DEVRY UNIVERSITY, INC., a Delaware corporation,<br><br>*Defendants.* | Case No.: 2:19-CV-01572-JAM-KJN<br><br>**ORDER GRANTING JOINT MOTION TO STAY**<br><br>Judge: Hon. John A. Mendez |

# ORDER ON JOINT MOTION TO STAY

This Court, having reviewed and considered the Parties' Joint Motion to Stay, finds that in light of the outcome of the Parties' December 17, 2019 mediation, a stay in this matter is appropriate. Accordingly, IT IS HEREBY ORDERED:

1. All proceedings and deadlines in the case are stayed for forty-five (45) days; and
2. The Parties shall submit a Joint Status Report by February 19, 2020 reporting on the progress of finalizing the purported settlement. If a settlement is finalized and executed before this date, the Parties shall promptly submit a Notice of Settlement in accordance with Local Rule 160.

**IT IS SO ORDERED.**

Dated: January 17, 2020

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge