Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: 415.212.9300
Facsimile: 415.373.9435

Robert Teel (SBN 127081)
lawoffice@rlteel.com
LAW OFFICE OF ROBERT L. TEEL
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone: 866.833.5529
Facsimile: 855.609.6911

[Additional counsel appearing on signature page]
*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MAGANA, SCOTT SWINDELL, and DAVID TOROSYAN, on behalf of themselves, and all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> ADTALEM GLOBAL EDUCATION, INC., formerly known as DEVRY EDUCATION GROUP, INC., a Delaware corporation, DEVRY UNIVERSITY, INC., a Delaware corporation, <br><br> *Defendants.* | Case No.: 2:19-CV-01572-JAM-KJN <br><br> **ORDER EXTENDING STAY** |

## ORDER EXTENDING STAY

This Court, having reviewed and considered the Parties' Joint Status Report, finds that in light of the Parties' continued efforts toward finalizing a settlement, extending the stay previously entered in this matter is appropriate. Accordingly, IT IS HEREBY ORDERED:

1. All proceedings and deadlines in the case are stayed for thirty (30) days; and

2. The Parties shall submit a stipulation of dismissal or another joint status report addressing their progress toward finalizing the settlement by March 20, 2020. If a settlement is finalized and executed before this date, the Parties shall promptly submit a Notice of Settlement in accordance with Local Rule 160.

**IT IS SO ORDERED.**

DATED:   2/19/2020

/s/ John A. Mendez_____
HON. JOHN A MENDEZ
UNITED STATES DISTRICT COURT JUDGE