Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: 415.212.9300
Facsimile: 415.373.9435

Robert Teel (SBN 127081)
lawoffice@rlteel.com
LAW OFFICE OF ROBERT L. TEEL
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone: 866.833.5529
Facsimile: 855.609.6911

[Additional counsel appearing on signature page]

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MAGANA, SCOTT SWINDELL, and DAVID TOROSYAN, on behalf of themselves, and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>ADTALEM GLOBAL EDUCATION, INC., formerly known as DEVRY EDUCATION GROUP, INC., a Delaware corporation, DEVRY UNIVERSITY, INC., a Delaware corporation,<br><br>*Defendants.* | Case No.: 2:19-CV-01572-JAM-KJN<br><br>Hon. John A. Mendez<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to L.R. 160, Plaintiffs Dennis Magana, Scott Swindell, and David Torosyan and Defendant Adtalem Global Education Inc., and DeVry University, Inc., by and through their undersigned counsel, hereby notify the Court that a proposed Class Action Settlement (the "Settlement") has been reached and fully executed by the Parties as of May 10, 2020. If finally approved, the Settlement will resolve this matter in its entirety. The signatories to the Settlement will seek preliminary approval of the Settlement in the Circuit Court of Cook County, Illinois—where Defendants are headquartered, and where an earlier-filed class action case alleging similar claims against DeVry is already pending.

In order to avoid any further expenditure of time or other resources by this Court, the Parties in this matter will be filing contemporaneously with this notice a Stipulation of Voluntary Dismissal *Without Prejudice* Pursuant to Rule 41(a)(1)(A)(ii), which will terminate this action.

Respectfully submitted,

**DENNIS MAGANA, SCOTT SWINDELL** and **DAVID TOROSYAN**, individually and on behalf of all others similarly situated

Dated: May 11, 2020         /s/ Michael Ovca

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: 415.212.9300
Facsimile: 415.373.9435

Benjamin H. Richman*
brichman@edelson.com
Michael Ovca*
movca@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Telephone: 312.589.6370
Facsimile: 312.589.6378

NOTICE OF SETTLEMENT                 2                 CASE NO. 2:19-CV-01572-JAM-KJN

| | |
|---|---|
| | Robert L. Teel |
| | LAW OFFICE OF ROBERT L. TEEL |
| | lawoffice@rlteel.com |
| | 1425 Broadway, Mail Code: 20-6690 |
| | Seattle, Washington 98122 |
| | Telephone: 866.833.5529 |
| | Facsimile: 855.609.6911 |
| | |
| | *Admitted *pro hac vice* |
| | |
| | *Attorneys for Plaintiffs and the Proposed Classes* |
| | |
| | **ADTALEM GLOBAL EDUCATION INC., f/k/a DEVRY EDUCATION GROUP, INC.**, and **DEVRY UNIVERSITY, INC.** |
| Dated:  May 11, 2020 | By: /s/ William R. Andrichik |
| | |
| | Laurie Edelstein |
| | One Market Street |
| | Spear Tower, Suite 3900 |
| | San Francisco, CA 94105 |
| | Phone: (415) 365-6700 |
| | Fax:    (415) 365-6699 |
| | ledelstein@steptoe.com |
| | |
| | Patricia B. Palacios (admitted *pro hac vice*) |
| | 1330 Connecticut Ave. NW |
| | Washington, DC 20036 |
| | Phone: (202) 429-3000 |
| | ppalacios@steptoe.com |
| | |
| | William R. Andrichik (admitted *pro hac vice*) |
| | 227 West Monroe Street |
| | Suite 4700 |
| | Chicago, IL 60606 |
| | Phone: (312) 577-1300 |
| | wandrichik@steptoe.com |
| | |
| | *Attorneys for Adtalem Education Group Inc. and DeVry University, Inc.* |

**CERTIFICATE OF SERVICE**

I, Michael Ovca, hereby certify that on May 11, 2020, I served the above and foregoing *Notice of Settlement*, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

<u>/s/ Michael Ovca</u>