Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: 415.212.9300
Facsimile: 415.373.9435

Robert Teel (SBN 127081)
lawoffice@rlteel.com
LAW OFFICE OF ROBERT L. TEEL
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone: 866.833.5529
Facsimile: 855.609.6911

[Additional counsel appearing on signature page]

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MAGANA, SCOTT SWINDELL, and DAVID TOROSYAN, on behalf of themselves, and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>ADTALEM GLOBAL EDUCATION, INC., formerly known as DEVRY EDUCATION GROUP, INC., a Delaware corporation, DEVRY UNIVERSITY, INC., a Delaware corporation,<br><br>*Defendants*. | Case No.: 2:19-CV-01572-JAM-KJN<br><br>Hon. John A. Mendez<br><br>**STIPULATION OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE* PURSUANT TO RULE 41(a)(1)(A)(ii).** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Dennis Magana, Scott Swindell, and David Torosyan and Adtalem Global Education Inc., and DeVry University, Inc., by and through their undersigned counsel, hereby stipulate and agree to the dismissal of the claims in this case *without prejudice*, with each party to bear their own attorneys' fees and costs.

Respectfully submitted,

**DENNIS MAGANA, SCOTT SWINDELL** and **DAVID TOROSYAN**, individually and on behalf of all others similarly situated

Dated: May 11, 2020        /s/ Michael Ovca

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: 415.212.9300
Facsimile: 415.373.9435

Benjamin H. Richman*
brichman@edelson.com
Michael Ovca*
movca@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Telephone: 312.589.6370
Facsimile: 312.589.6378

Robert L. Teel
LAW OFFICE OF ROBERT L. TEEL
lawoffice@rlteel.com
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone: 866.833.5529
Facsimile: 855.609.6911

*Admitted *pro hac vice*

| | |
|---|---|
| | *Attorneys for Plaintiffs and the Proposed Classes* |
| | |
| | **ADTALEM GLOBAL EDUCATION INC., f/k/a DEVRY EDUCATION GROUP, INC.**, and **DEVRY UNIVERSITY, INC.** |
| Dated: May 11, 2020 | By: /s/ William R. Andrichik |
| | Laurie Edelstein<br>One Market Street<br>Spear Tower, Suite 3900<br>San Francisco, CA 94105<br>Phone: (415) 365-6700<br>Fax:    (415) 365-6699<br>ledelstein@steptoe.com |
| | Patricia B. Palacios (admitted *pro hac vice*)<br>1330 Connecticut Ave. NW<br>Washington, DC 20036<br>Phone: (202) 429-3000<br>ppalacios@steptoe.com |
| | William R. Andrichik (admitted *pro hac vice*)<br>227 West Monroe Street<br>Suite 4700<br>Chicago, IL 60606<br>Phone: (312) 577-1300<br>wandrichik@steptoe.com |
| | *Attorneys for Adtalem Education Group Inc. and DeVry University, Inc.* |

**CERTIFICATE OF SERVICE**

I, Michael Ovca, hereby certify that on May 11, 2020, I served the above and foregoing ***Stipulation of Voluntary Dismissal Without Prejudice Pursuant to Rule 41(a)(1)(A)(ii)*** by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                            /s/ Michael Ovca